# Exhibit 1

| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Wade Park Land Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3555798 |
| 4. | **Debtor's address** | **Principal place of business** |

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **45 Ansley Drive** **Newnan, GA 30263** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Coweta** County | **Location of principal assets, if different from principal place of business** **Dallas North Tollway Frisco, TX** Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Wade Park Land Holdings, LLC**                                    Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | **Wade Park Land, LLC** | | Relationship | **Affiliate** |
| District | **Northern District of Georgia** | When **8/26/20** | Case number, if known | _____ |

Debtor      **Wade Park Land Holdings, LLC**                                    Case number (*if known*)
            Name

Debtor   **Wade Park Land Holdings, LLC**                                            Case number (*if known*) _____
         Name

**11. Why is the case filed in this district?**   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**      .   Check one:

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Wade Park Land Holdings, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
| --- | --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2020**
            MM / DD / YYYY

**X**   **/s/ Stanley E. Thomas**                 **Stanley E. Thomas**
    Signature of authorized representative of debtor        Printed name

Title   **Authorized Signatory**

**18. Signature of attorney**

**X**   **/s/ David L. Bury, Jr.**              Date   **August 26, 2020**
    Signature of attorney for debtor                   MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Mulberry Street, Suite 800**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **478-750-9898**      Email address   **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wade Park Land Holdings, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliant Insurance Services, Inc. 701 B Street, 6th Floor San Diego, CA 92101** | | **Trade Payable** | | | | **$2,154,286.35** |
| **Andres Construction Services, LLC 3710 Rawlins, Suite 1510 Dallas, TX 75219** | | **Trade Payable** | | | | **$432,703.10** |
| **B2 and Company Exponential 5379 Old Ranch Road Park City, UT 84098** | | **Trade Payable** | | | | **$214,830.41** |
| **Bristol Development Group, LLC 381 Mallory Station Road, Suite 204 Franklin, TN 37067** | | **Trade Payable** | | | | **$514,474.00** |
| **Capform, Inc. 1455 Halsey Way Carrollton, TX 75007** | | **Trade Payable** | | | | **$300,000.00** |
| **CB Richard Ellis, Inc. P.O. Box 406588, Location Code 2281 Atlanta, GA 30384-6588** | | **Trade Payable** | | | | **$514,419.56** |
| **City of Frisco, Texas 6101 Frisco Square Blvd., 3rd Floor Frisco, TX 75034** | | **Trade Payable** | | | | **$3,528,679.54** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Wade Park Land Holdings, LLC**                Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Falcon Realty Advisors, LLC 16000 N. Dallas Parkway, Suite 225 Dallas, TX 75248** | | **Trade Payable** | | | | $385,000.00 |
| **First Insurance Funding Corp. 450 Skokie Blvd., Suite 1000 Northbrook, IL 60062-7917** | | **Trade Payable** | | | | $458,773.24 |
| **Hillcrest Realty Advisors, Inc. 2170 Lakeshore Drive Agoura Hills, CA 91301** | | **Trade Payable** | | | | $300,000.00 |
| **John D. Phillips 4230 Glen Devon Drive Atlanta, GA 30327** | | **Trade Payable** | | | | $4,828,160.06 |
| **Keaton Interiors, Inc. 4444 Spring Valley Road Dallas, TX 75244** | | **Trade Payable** | | | | $114,865.35 |
| **Kimley-Horn and Associates, Inc. P.O. Box 951640 Dallas, TX 75395-1640** | | **Trade Payable** | | | | $128,922.07 |
| **Plat Form Real Estate 2501 Jarratt Avenue Austin, TX 78703** | | **Trade Payable** | | | | $873,156.00 |
| **SWA Group P.O. Box 5904 Sausalito, CA 94966** | | **Trade Payable** | | | | $113,802.61 |
| **The Greeby Companies, Inc. 611 Rockland Road, Suite 106 Lake Bluff, IL 60044** | | **Trade Payable** | | | | $157,141.81 |
| **The McDevitt Company 1121 Admiral Peary Way Philadelphia, PA 19112** | | **Trade Payable** | | | | $148,070.07 |

Debtor    **Wade Park Land Holdings, LLC**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Venture Commercial Real Estate, LLC 8235 Douglas Avenue, Suite 720 Dallas, TX 75225** | | **Trade Payable** | | | | **$113,093.60** |
| **Wade Park Finance Company A1 c/o NYSA Capital 3424 Peachtree Road NE - Suite 1150 Atlanta, GA 30326** | | **Financing** | | | | **$4,750,000.00** |
| **Wakefield Beasley & Associates 5200 Avalon Boulevard Alpharetta, GA 30009** | | **Trade Payable** | | | | **$2,930,638.29** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Georgia

| In re | **Wade Park Land Holdings, LLC** | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wade Park Ventures, LLC**<br>**45 Ansley Drive**<br>**Newnan, GA 30263** | | **100%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Signatory** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| Date | **August 26, 2020** | Signature | **/s/ Stanley E. Thomas** |
|---|---|---|---|
| | | | **Stanley E. Thomas** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## LIMITED LIABILITY COMPANY RESOLUTION
## AUTHORIZING FILING AND PROSECUTION
## OF
## VOLUNTARY PETITION UNDER CHAPTER 11

Stanley E. Thomas, acting as the meeting secretary, hereby certifies that, on the 2nd day

of March, 2018, a meeting was held of the member, Manager, and Special Member/Independent

Manager of **Wade Park Land Holdings, LLC**, a Delaware limited liability company (the

"Company"), where the following Motion was made by the Manager, which Motion was duly

seconded by the Special Member/Independent Manager, to wit:

WHEREAS, the Company is the owner of fifty (50) acres, more or less, comprised of

Lot(s) 1, 2, 3 and 4R, Block A of Wade Park, Block A, Lots 1, 2, 3, 4R and 5R, an addition to

the City of Frisco, according to the plat recorded in Volume 2015, Page 631 of the Plat Records

of Collin County, Texas (the "Development, Phase I"); and

WHEREAS, the Development, Phase I includes some of the most valuable property for

mixed use commercial development in the United States;

WHEREAS, on or about the 22nd day of January, 2015, the Company entered into that

certain Master Development Agreement for Wade Park dated as of January 22, 2015 between the

City of Frisco, Texas, Frisco Economic Development Corporation, and Frisco Community

Development Corporation, for $22,000,000.00, on the one hand, and Lebanon 390 WR, LLC, as

predecessor in interest to WPLH, on the other hand, as amended, (b) that certain Performance

Agreement dated as of February 2, 2015between Frisco Economic Development Corporation and

Lebanon 390 WR, LLC, as predecessor in interest to WPLH, as amended, and (c) that certain

Contract of Sale dated as of August 21, 2015 between Frisco Economic Development

Corporation and Lebanon 390 WR, LLC, as predecessor in interest to WPLH, as amended,

pertaining to the Fields Tract and (d) that certain Performance Agreement dated as of April 21,

2016, between Frisco Community Development Corporation and Lebanon 390 WR, LLC, as

predecessor in interest to the Company (the "FCFC Agreement"), to facilitate construction of the

Development, Phase I; and

WHEREAS, on or about the 17th day of January, 2017, the Company, along with Wade

Park Land, LLC, as borrowers, entered into a Construction Loan Agreement with Gamma Real

Estate Capital, LLC ("Lender"), under which Lender agreed to advance up to $82,750,000.00

(the "Obligation")  to finance construction of improvements at the Development, Phase I; and

WHEREAS, the Company has completed site work at the Development, Phase I, paved

parking lots and streets, has completed construction of several commercial buildings on the site,

has completed excavation and partial construction on an underground parking structure for 4800

vehicles, and has entered into thirty-four (34) prospective leases for 325,125 sq. ft. of

commercial spaces to be constructed on the site; and

WHEREAS, the projected income from the completed Development, Phase I is expected

to exceed $50,046,804.00, per annum; and

WHEREAS, as security for the Obligation, the Company pledged, *inter alia*, to the

Lender a first priority lien in its interest in the Development, Phase I, as evidenced by a Deed of

Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated January

17, 2017 and recorded in the Official Public Records of Collin County, Texas, on January 18,

2017, Recording reference #20170118000074730 (the "Trust Deed"); and

WHEREAS, the Obligation matured on February 17, 2018, at which time the Obligation

became payable in full; and

WHEREAS, Lender has given notice of a maturity default under the Trust Deed and is

advertising the Development, Phase I for sale under the powers of sale contained in the Trust

Deed for the first Tuesday in March, 2018, to wit: March 6, 2018; and

WHEREAS, in addition to the Lender, the Company is indebted to contractors and others in connection with the project, which third parties are owed at least $20,000,000,00; and

WHEREAS, in the opinion of the Company, the existing value of the Development, Phase I is substantially in excess of the amount owing the Lender under the Obligations, the Company has made substantial progress toward the refinance of the Development, Phase I that is expected to pay the Obligation in full before April 18, 2018, and the completed value of the Development, Phase I, is expected to exceed $1,257,170,092,00; and

WHEREAS, unless the threatened foreclosure of the Development, Phase I is enjoined or stayed pending a refinance, the Company's equity in the Development, Phase I will be lost, and the Company will be unable to meet its obligations to contractors and other creditors with respect to the project;

NOW, THEREFORE, in light of the foregoing, and upon Motion duly made by the Manager, and seconded by the Special Member/Independent Manager, which Motion was passed unanimously, it was resolved as follows:

RESOLVED, that in the judgment of the members, it is desirable and for the best interest of this Company, its creditors, members, and other interested parties, that a petition be filed by this Company in the United States Bankruptcy Court for the Northern District of Georgia, Newnan Division (the "Chapter 11 Case") under the provisions of Chapter 11 of Title 11 of the United States Code, and that the same be filed at such time as may be directed by Stanley E. Thomas, as Manager of the Company; and it is further

RESOLVED, that Stanley E. Thomas is hereby expressly authorized on the behalf of the Company to retain and compensate, subject to court approval, Stone & Baxter, LLP, as counsel

for the Company in connection with the Chapter 11 Case, along with such other professionals as may be deemed necessary or prudent to further the Company's reorganization; and it is further

RESOLVED, that the form of petition under Chapter 11 presented to the members at the meeting be, and the same hereby is approved and adopted in all respects, and that Stanley E. Thomas be, and he hereby is, authorized and directed, on behalf of and in the name of this Company, to execute and verify petitions substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Georgia, Newnan Division; and it is further

RESOLVED, that Stanley E. Thomas and the Company's employees and other authorized agents be, and they hereby are, authorized to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions which they may deem necessary or proper in connection with such case under said Chapter 11, and in that connection to retain and employee all assistance by legal counsel or otherwise which they may deem necessary or proper with a view to the successful termination of such case.

This 2nd day of March, 2018.

_____
Stanley E. Thomas, Manager


_____
Mathew J. Marzucco
Special Member/Independent Manager
Wade Park Land Holdings, LLC

G:\CLIENTS\WADE PARK (Stanley Thomas)\Corporate Resolution - Wade Park Land Holdings, LLC.docx

for the Company in connection with the Chapter 11 Case, along with such other professionals as may be deemed necessary or prudent to further the Company's reorganization; and it is further

RESOLVED, that the form of petition under Chapter 11 presented to the members at the meeting be, and the same hereby is approved and adopted in all respects, and that Stanley E. Thomas be, and he hereby is, authorized and directed, on behalf of and in the name of this Company, to execute and verify petitions substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Georgia, Newnan Division; and it is further

RESOLVED, that Stanley E. Thomas and the Company's employees and other authorized agents be, and they hereby are, authorized to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions which they may deem necessary or proper in connection with such case under said Chapter 11, and in that connection to retain and employee all assistance by legal counsel or otherwise which they may deem necessary or proper with a view to the successful termination of such case.

This 2nd day of March, 2018.

_____
Stanley E. Thomas, Manager

_____
Mathew J. Marzucco
Special Member/Independent Manager
Wade Park Land Holdings, LLC

G:\CLIENTS\WADE PARK (Stanley Thomas)\Corporate Resolution - Wade Park Land Holdings, LLC.docx

(Continuation of Signatures from Limited Liability Company Resolution Authorizing Filing and
Prosecution of Voluntary Petition under Chapter 11)

WADE PARK VENTURES, LLC

By: _____
Stanley E. Thomas, its Manager

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   **Wade Park Land Holdings, LLC** _____   Case No. _____
                                          Debtor(s)                Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:   **August 26, 2020** _____   **/s/ Stanley E. Thomas** _____
                                               **Stanley E. Thomas/Authorized Signatory**
                                               Signer/Title

Alliant Insurance Services, Inc.
701 B Street, 6th Floor
San Diego, CA 92101


Alpha Testing, Inc.
2209 Wisconsin Street
Dallas, TX 75229


Andres Construction Services, LLC
3710 Rawlins, Suite 1510
Dallas, TX 75219


Anthropology
Attn: Chief Executive Officer
5000 S. Broad Street
Philadelphia, PA 19101-2000


Arhaus, LLC
Attn: CFO
51 East Hines Hill Road
Hudson, OH 44236


Azure Blue, Ltd.
1240 Old Jones Road
Alpharetta, GA 30004


B2 and Company Exponential
5379 Old Ranch Road
Park City, UT 84098


Balfour Beatty Construction, LLC
600 Galleria Parkway, Suite 1500
Atlanta, GA 30339


Bristol Development Group, LLC
381 Mallory Station Road, Suite 204
Franklin, TN 37067

Capform, Inc.
1455 Halsey Way
Carrollton, TX 75007


CB Richard Ellis, Inc.
P.O. Box 406588, Location Code 2281
Atlanta, GA 30384-6588


CCP Real Estate Advisors
California Commercial Partners, Inc.
140 Newport Center Drive, Suite 120
Newport Beach, CA 92660


Christopher B. Manor Jr.
1920 Woodsdale Road NE
Atlanta, GA 30324


City of Frisco, Texas
6101 Frisco Square Blvd., 3rd Floor
Frisco, TX 75034


Coffman Engineers, Inc.
10 N. Post Street, #500
Spokane, WA 99201


Cunningham Lindsey U.S., Inc.
2897 Momentum Place
Chicago, IL 60689


Dale Grimes Enterprises, Inc.
7434 North Lamar
Austin, TX 78752


Duncan Interiors, Inc.
1203 Dragon Street
Dallas, TX 75207

Dyna Ten Corporation
4375 Diplomacy Rd.
Fort Worth, TX 76115


Falcon Realty Advisors, LLC
16000 N. Dallas Parkway, Suite 225
Dallas, TX 75248


FC Wade Park, LLC
Attn: Brian Stoll
4455 East Camelback Road, B-100
Phoenix, AZ 85018


First Insurance Funding Corp.
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062-7917


Fourth Quarter Properties 100, LLC
45 Ansley Drive
Newnan, GA 30263


Frank Seely
8312 Club Ridge Drive
Austin, TX 78735


Free People
Attn: Chief Executive Officer
5000 S. Broad Street
Philadelphia, PA 19101


Free Range WP, LLC
8111 Preston Road, Suite 610
Dallas, TX 75225


Gamma Lending Omega LLC
c/o Jonathan Kalikow
101 Park Avenue, 11th Floor
New York, NY 10178

Gerney Research Group, LLC
400 Hartman Road
Muncy, PA 17756


Hartman Simons & Wood, LLP
6400 Powers Ferry Road, NW, Suite 400
Atlanta, GA 30339


Hayward Baker, Inc.
7550 Teague Rd., Suite 300
Hanover, MD 21076


Hillcrest Realty Advisors, Inc.
2170 Lakeshore Drive
Agoura Hills, CA 91301


Hopdoddy
512 E. Riverside Drive, Suite 150
Austin, TX 78704


ID Studio 4, LLC
1431 Greenway Drive, Suite 510
Irving, TX 75038


iPic Texas, LLC
433 Plaza Real Boulevard, Suite 335
Boca Raton, FL 33432


Jay-Kay & Co.
Attn: Jayme Pearson
4956 Alaska Road
Levelland, TX 79336


John D. Phillips
4230 Glen Devon Drive
Atlanta, GA 30327

Jones Lang Lasalle Brokerage, Inc.
95028 Treasury Center
Chicago, IL 60694


Joy Macarons Wade Park, LLC
1110 N. Edgefield Avenue
Dallas, TX 75208


Keaton Interiors, Inc.
4444 Spring Valley Road
Dallas, TX 75244


Kimley-Horn and Associates, Inc.
P.O. Box 951640
Dallas, TX 75395-1640


Lerch Bates, Inc.
8089 South Lincoln Street, Suite 300
Littleton, CO 80122


Lovell Public Relations, Inc.
10455 N. Central Expressway Suite 109-35
Dallas, TX 75231


Luxe Bars, Inc.
Attn: Sam Darwish
3727 Broadmoor Way
Frisco, TX 75033


MiniLuxe, Inc.
One Faneuil Hall Square, 7th Floor
Boston, MA 02109


Orlando Bathing Suit, LLC
Attn: Sheila Arnold, President
5337 Millenia Lake Blvd, Suite 400
Orlando, FL 32839

Paneez Enterprises
5729 Lebanon Road, Suite 144-255
Frisco, TX 75034


Paper Source, Inc.
Attn: James C. Solon, COO
125 S. Clark Street, 15th Floor
Chicago, IL 60603


Paracorp, Inc. d/b/a Parasec
P.O. Box 160568
Sacramento, CA 95816-0568


Paul Hastings, LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228


Peloton Real Estate Partners, LLC
P.O. Box 12086
Dallas, TX 75225


Phillip Davis
P. O. Box 4388
Horseshoe Bay, TX 78657


Pie Tap Wade Park, LLC
Attn: Mr. Rich Hicks
5212 Tennyson Parkway, Suite 120
Plano, TX 75024


Pinstripes, Inc.
Attn: Dale Schwartz, CEO
1150 Willow Road
Northbrook, IL 60062


Plat Form Real Estate
2501 Jarratt Avenue
Austin, TX 78703

Potbelly Sandwich Works, LLC
Attn: Real Estate Vice President
111 N. Canal Street, Suite 850
Chicago, IL 60606


Premier Food Concepts, LLC
9255 Towne Centre Drive #950
San Diego, CA 92121


Reef Point Yoga
c/o Dain and Kathi Ehring
1430 Dragon Street, #27
Dallas, TX 75207


RSM Design
160 Cabrillo
San Clemente, CA 92672


Sequoia Restaurant & Entertainment
610 Newport Center Drive, Suite 500
Newport Beach, CA 92660


Shop Concepts, LLC
4809 Cole Avenue, Suite 330
Dallas, TX 75205


Spring Communications Holding, Inc.
Attn: Legal Dept. (c/o GS Mobile, Inc.)
625 Westport Parkway
Grapevine, TX 76051


SRS Real Estate Partners-SW, LLC
8343 Douglas Avenue, Suite 200
Dallas, TX 75225


Stablemade Retail Group
4300 N. Central Expressway, Suite 365
Dallas, TX 75206

Starbucks Corporation
P.O. Box 34067
Seattle, WA 98124-1067


Steak 48 Frisco, LLC
c/o Jeffrey Mastro
8355 E. Hartford Drive, Suite 100
Scottsdale, AZ 85255


Steel Pops DTX, LLC
2821 Central Avenue, Suite 109
Birmingham, AL 35209


Stormco, LLC
900 Circle In the Woods
McKinney, TX 75069


Success Foods Management Group, LLC
Attn: Lease Administration
4501 Springdale Road
Austin, TX 78723


Superscapes, Inc.
1500 Capital Drive
Carrollton, TX 75006


Sur La Table, Inc.
6100 Fourth Avenue South, Suite 500
Seattle, WA 98108


SWA Group
P.O. Box 5904
Sausalito, CA 94966


Tatum Hillman Hickerson & Powell, LLC
1199 Oxford Road, NE
Atlanta, GA 30306

TD Ameritrade, Inc.
Attn: Corporate Real Estate
1 Plaza Four A
Jersey City, NJ 07311-4000


Terracon Consultants, Inc.
6911 Blanco Road
San Antonio, TX 78216


The Greeby Companies, Inc.
611 Rockland Road, Suite 106
Lake Bluff, IL 60044


The McDevitt Company
1121 Admiral Peary Way
Philadelphia, PA 19112


The Retail Connection
2525 McKinnon, Suite 7000
Dallas, TX 75201


Timothy Haahs & Associates, Inc.
12725 Morris Road Extension
Deerfield Point 100, Suite 150
Alpharetta, GA 30004


Universal City Management III, LLC
45 Ansley Drive
Newnan, GA 30263


Venture Commercial Real Estate, LLC
8235 Douglas Avenue, Suite 720
Dallas, TX 75225


Vilhauer Enterprises, LLC
5760 State Highway 121, Suite 250
Plano, TX 75024

Von Anthony Salon, Inc.
Attn: Kerry Hovland
11821 Mirage Lane
Frisco, TX 75033


Wade Park Finance Company A1
c/o NYSA Capital
3424 Peachtree Road NE - Suite 1150
Atlanta, GA 30326


Wade Park Land, LLC
45 AnsleyDrive
Newnan, GA 30263


Wade Park Series of Need 4 Zen, LLC
Attn: Bruce McGovern
4404 Trotter Lane
Flower Mound, TX 75028


Wade Park Ventures, LLC
45 Ansley Drive
Newnan, GA 30263


Wakefield Beasley & Associates
5200 Avalon Boulevard
Alpharetta, GA 30009


Waveguide Consulting, Inc.
One West Court Square, Suite 300
Decatur, GA 30030


Whole Foods Market, Inc.
Attn: General Counsel
550 Bowie Street
Austin, TX 78703


William A. Akin
2767 Ranch Road
Athens, TX 75751

Winstead, PC
2728 N. Harwood Street
Dallas, TX 75201


WP Development Partners LLC
c/o Jonathan Kalikow
101 Park Avenue, 11th Floor
New York, NY 10178


Yard House USA, Inc.
Attn: Robert T. Rickets
1000 Darden Center Drive
Orlando, FL 32837

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Wade Park Land Holdings, LLC**       Case No. _____

           Debtor(s)      Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wade Park Land Holdings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wade Park Ventures, LLC**
**45 Ansley Drive**
**Newnan, GA 30263**

☐ None [*Check if applicable*]

**August 26, 2020**
Date

/s/ **David L. Bury, Jr.**
**David L. Bury, Jr. 133066**
Signature of Attorney or Litigant
Counsel for   **Wade Park Land Holdings, LLC**
**Stone & Baxter, LLP**
**577 Mulberry Street, Suite 800**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**dbury@stoneandbaxter.com**