# Exhibit 2

| Fill in this information to identify your case: | |
|---|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wade Park Land, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3551594** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **45 Ansley Drive**<br>**Newnan, GA 30263**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Coweta**<br>County | **Location of principal assets, if different from principal place of business**<br>**Dallas North Tollway Frisco, TX**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Wade Park Land, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Wade Park Land Holdings, LLC** | | Relationship | **Affiliate** |
|---|---|---|---|---|
| District | **Northern District of Georgia** | When **8/26/20** | Case number, if known | |

| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 2 |
|---|---|---|

Debtor    **Wade Park Land, LLC**                                    Case number (*if known*) _____
          Name

| Debtor | **Wade Park Land, LLC** | Case number (*if known*) | |
| | Name | | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Wade Park Land, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 26, 2020**
                 MM / DD / YYYY

**X** **/s/ Stanley E. Thomas**                          **Stanley E. Thomas**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ David L. Bury, Jr.**          Date  **August 26, 2020**
Signature of attorney for debtor                MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Mulberry Street, Suite 800**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **478-750-9898**          Email address   **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wade Park Land, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **5G Studios**<br>**800 Jackson Street,**<br>**Suite 500**<br>**Dallas, TX 75202** | | **Trade Payable** | | | | **$98,620.52** |
| **CB Richard Ellis, Inc.**<br>**P.O. Box 406588,**<br>**Location Code 2281**<br>**Atlanta, GA 30384** | | **Trade Payable** | | | | **$42,525.00** |
| **Madden Realty Services, LLC**<br>**5914 Brookhill Lane**<br>**Frisco, TX 75034** | | **Trade Payable** | | | | **$30,240.00** |
| **Mason Retail Group**<br>**1720 Lancaster Street**<br>**Baltimore, MD 21231** | | **Trade Payable** | | | | **$75,000.00** |
| **Paul Deusing Partners**<br>**2600 Fairmount Street, Bernward House**<br>**Dallas, TX 75201** | | **Trade Payable** | | | | **$13,083.07** |
| **Plat Form Real Estate**<br>**2501 Jarrett Avenue**<br>**Austin, TX 78703** | | **Trade Payable** | | | | **$68,274.23** |
| **StackRealty, LLC**<br>**3270 Sul Ross**<br>**Houston, TX 77098** | | **Trade Payable** | | | | **$190,000.00** |
| **Thannisch Development Services, Inc.**<br>**445 Cherokee Hill**<br>**Canton, GA 30115** | | **Trade Payable** | | | | **$15,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:23-cv-01657-LJL   Filed 08/26/20   Entered 08/29/20:20:58   Page 8 of 17 Main
Document     Page 7 of 16

| Debtor | **Wade Park Land, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Strategic Edge 1899 Orchard Lake Road, Suite 105 Keego Harbor, MI 48320** | | **Trade Payable** | | | | **$30,336.43** |
| **Universal City Management III, LLC 45 Ansley Drive Newnan, GA 30263** | | **Trade Payable** | | | | **$600,000.00** |
| **Z Resorts Management, LLC 5701 Main Street Houston, TX 77005** | | **Trade Payable** | | | | **$193,100.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Wade Park Land, LLC**                                    Case No.

_____    _____
                    Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wade Park Ventures, LLC**<br>**45 Ansley Drive**<br>**Newnan, GA 30263** | | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 26, 2020**                   Signature   **/s/ Stanley E. Thomas**
                                                     **Stanley E. Thomas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## JOINT RESOLUTIONS OF THE SOLE MEMBER AND SOLE MANAGER
## OF
## WADE PARK LAND, LLC

The following joint action was taken by the Sole Member and the Sole Manager of **Wade Park Land, LLC** (the "**Company**") by this written consent to said action signed by the Sole Member and the Sole Manager, said action to have full force and effect as if adopted at a duly called and held special meeting of the Sole Member and the Sole Manager.

WHEREAS, the Sole Member and Sole Manager have reviewed the materials presented by the officers, management, and advisors of the Company regarding the liabilities and financial situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

WHEREAS, the Sole Member and the Sole Manager have had the opportunity to consult with the officers, management, and the advisors of the Company and to fully consider each of the strategic alternatives available to the Company; and

WHEREAS, in the judgment of the Sole Member and the Sole Manager, exploration of and pursuit of a restructuring of the Company to be accomplished under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") is in the best interests of the Company, its business activities and operations, its creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that, in the judgment of the Sole Member and the Sole Manager, it is desirable and in the best interests of the Company, its business activities and operations, its creditors, and other parties-in-interest that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Northern District of Georgia (the "**Chapter 11 Case**"); and

FURTHER RESOLVED, that Stanley E. Thomas as the Sole Manager (the "**Sole Manager**") be, and he hereby is, authorized and empowered to engage and employ Stone & Baxter, LLP of Macon, Georgia to represent the Company in preparation for and in connection with the Chapter 11 Case, with such engagement and employment to include, but not be limited to, the Sole Manager signing an engagement letter with Stone & Baxter, LLP on behalf of the Company and paying Stone & Baxter, LLP a retainer in an amount to be negotiated with Stone & Baxter, LLP; and

FURTHER RESOLVED, that the Sole Manager be, and he hereby is, authorized and empowered to execute and file on behalf of the Company all consents, resolutions, petitions, schedules, suits, lists, motions, plans, disclosure statements, papers, and other documents and to take any and all other actions that he may deem necessary, proper, or

desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein (including, without limitation, engaging special counsel to continue pending litigation and initiate other litigation); and

FURTHER RESOLVED, that all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified; and

FURTHER RESOLVED, that the Sole Manager be, and he hereby is, authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary, desirable, or proper in the opinion of the Sole Manager a true and correct copy of the foregoing Resolutions; and

FURTHER RESOLVED, that a copy of this written joint action by the Sole Member and Sole Manager shall be filed with the minutes of proceedings of the Company.

Dated: August 26, 2020.

SOLE MEMBER:

WADE PARK VENTURES, LLC

By: _____
        Stanley E. Thomas, its Manager

SOLE MANAGER:

_____
Stanley E. Thomas, Manager

G:\CLIENTS\Wade Park v. Ch. 11 (2020\Wade Park Land, LLC\Consent Minutes - Wade Park Land, LLC - Chapter 11 Filing (08.25.20).doc

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Wade Park Land, LLC** _____     Case No. _____
                                                   Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **August 26, 2020** _____     **/s/ Stanley E. Thomas** _____
                                                    **Stanley E. Thomas**/**Manager**
                                                    Signer/Title

5G Studios
800 Jackson Street, Suite 500
Dallas, TX 75202


Albert Marquez Enterprises
1820 Stone Crest Drive
Flower Mound, TX 75028


Balfour Beatty Construction, LLC
600 Galleria Parkway, Suite 1500
Atlanta, GA 30339


Bonnie Ruth's Management, LLC
Attn: Ernest P. Lanace
3416 Estacada Lane
Plano, TX 75025


CB Richard Ellis, Inc.
P.O. Box 406588, Location Code 2281
Atlanta, GA 30384


Dyna Ten Corporation
4375 Diplomacy Rd.
Fort Worth, TX 76115


Fourth Quarter Properties 100, LLC
45 Ansley Drive
Newnan, GA 30263


Gamma Lending Omega LLC
c/o Jonathan Kalikow
101 Park Avenue, 11th Floor
New York, NY 10178


Hayward Baker, Inc.
7550 Teague Rd., Suite 300
Hanover, MD 21076

John D. Phillips
4230 Glen Devon Dr.
Atlanta, GA 30327


Madden Realty Services, LLC
5914 Brookhill Lane
Frisco, TX 75034


Mason Retail Group
1720 Lancaster Street
Baltimore, MD 21231


Paul Deusing Partners
2600 Fairmount Street, Bernward House
Dallas, TX 75201


Plat Form Real Estate
2501 Jarrett Avenue
Austin, TX 78703


Restoration Hardware, Inc.
Attn: Legal Department and CFO
15 Koch Road, Suite J
Corte Madera, CA 94925


Scott Three Frisco, LLC
Attn: Jeffrey Evanson
6960 Memorial Drive
Frisco, TX 75034


StackRealty, LLC
3270 Sul Ross
Houston, TX 77098


SWA Group
P.O. Box 5904
Sausalito, CA 94966

Thannisch Development Services, Inc.
445 Cherokee Hill
Canton, GA 30115


The Strategic Edge
1899 Orchard Lake Road, Suite 105
Keego Harbor, MI 48320


Universal City Management III, LLC
45 Ansley Drive
Newnan, GA 30263


Vilhauer Enterprises, LLC
5760 State Highway 121, Suite 250
Plano, TX 75024


Wade Park Land Holdings, LLC
45 Ansley Drive
Newnan, GA 30263


Wade Park Ventures, LLC
45 Ansley Drive
Newnan, GA 30263


Wakefield Beasley & Associates
5200 Avalon Boulevard
Marietta, GA 30090


WP Development Partners LLC
c/o Jonathan Kalikow
101 Park Avenue, 11th Floor
New York, NY 10178


Xtend Barre
5511 Tamaron Court
Dallas, TX 75287

Case 1:21-cv-01657-LJF   Filed 08/06/20   Entered 08/06/20 07:20:59   Desc Main
Document      Page 15 of 16

Z Resorts Management, LLC
5701 Main Street
Houston, TX 77005

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Wade Park Land, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wade Park Land, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wade Park Ventures, LLC**
**45 Ansley Drive**
**Newnan, GA 30263**

☐ None [*Check if applicable*]

**August 26, 2020**

Date

/s/ **David L. Bury, Jr.**

**David L. Bury, Jr. 133066**

Signature of Attorney or Litigant
Counsel for   **Wade Park Land, LLC**
**Stone & Baxter, LLP**
**577 Mulberry Street, Suite 800**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**dbury@stoneandbaxter.com**