**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WADE PARK LAND HOLDINGS, LLC;<br>WADE PARK LAND, LLC; and<br>THE THOMAS FAMILY TRUST, by and<br>through its Trustees, acting in their official<br>capacities,<br><br>        Plaintiffs,<br><br>v.<br><br>JONATHAN KALIKOW;<br>WP DEVELOPMENT PARTNERS LLC;<br>GAMMA LENDING OMEGA LLC;<br>GAMMA REAL ESTATE CAPITAL LLC;<br>GRE WP LLC; and BLAKE GOODMAN,<br><br>        Defendants. | CIVIL ACTION NO.<br>1:21-cv-01657-LJL-RWL<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Julia Blackburn Stone, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Wade Park Land Holdings, LLC, Wade Park Land, LLC, and The Thomas Family Trust in the above-captioned action.

I am in good standing of the bar of the state of Georgia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3

[signature on following page]

Dated: March 11, 2021                    Respectfully Submitted,

                                         /s/ Julia Blackburn Stone
                                         Julia Blackburn Stone
                                         **CAPLAN COBB LLP**
                                         75 Fourteenth Street, NE, Suite 2750
                                         Atlanta, Georgia 30309
                                         Phone: (404) 596-5600
                                         Fax: (404) 596-5604
                                         jstone@caplancobb.com

                                         *Counsel for Plaintiffs Wade Park Land Holdings,*
                                         *LLC, Wade Park Land, LLC, and The Thomas*
                                         *Family Trust*