UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WADE PARK LAND HOLDINGS, LLC;                  :
WADE PARK LAND, LLC; and THE                   :
THOMAS FAMILY TRUST, by and through            :
its Trustees, acting in their official capacities,   :
                                               :
                Plaintiffs,                     :     Case No. 1:21-cv-01657-LJL-RWL
                                               :
                v.                              :
                                               :
                                               :     **DEFENDANTS' NOTICE OF**
JONATHAN KALIKOW; WP                           :     **MOTION TO DISMISS THE**
DEVELOPMENT PARTNERS LLC; GAMMA                :     **AMENDED COMPLAINT**
LENDING OMEGA LLC; GAMMA REAL                  :
ESTATE CAPITAL LLC; GRE WP LLC; and            :
BLAKE GOODMAN,                                 :
                                               :
                Defendants.                     :
                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law,

the accompanying Declaration of Michael J. Dell, dated April 16, 2021, with exhibits, the

Declaration of Jonathan Kalikow in Support of Motions to Dismiss and to Transfer, dated

November 13, 2020, with exhibits, previously filed in this action on November 13, 2020 (ECF

Nos. 17-1 to 17-16), and all prior papers and proceedings herein, defendants Jonathan Kalikow,

WP Development Partners LLC, Gamma Lending Omega LLC, Gamma Real Estate Capital

LLC and GRE WP LLC (together "Defendants") will move this Court, before the Honorable

Lewis J. Liman, United States District Judge, either remotely or at the United States Courthouse,

500 Pearl Street, Courtroom 15C, New York, NY 10007, on a date and time to be set by the

Court, for an Order, pursuant to Fed. R. Bankr. P. 7009 and 7012 (which incorporate Fed. R. Civ.

12(b)(1), 12(b)(6) and 9(b)), dismissing with prejudice the Amended Complaint and awarding

Defendants such other and further relief as the Court deems just and proper.

Pursuant to the parties' agreement, so ordered by this Court on April 8, 2021,

Plaintiffs' opposing brief is due on May 7, 2021, and Defendants' reply brief is due on

May 21, 2021.  (ECF No. 38)

Dated: April 16, 2021
       New York, New York

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: */s/ Michael J. Dell*
Michael J. Dell
Adam Rogoff
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
mdell@kramerlevin.com
arogoff@kramerlevin.com

*Counsel for Defendants Jonathan Kalikow, WP
Development Partners LLC, Gamma Lending
Omega LLC, Gamma Real Estate Capital LLC and
GRE WP LLC*

KL3 3336289.1