**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

WADE PARK LAND HOLDINGS, LLC et al.,

                    Plaintiffs,

-against-                                 21 **CIVIL** 1657 (LJL)

## JUDGMENT

JONATHAN KALIKOW et al.,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 4, 2022, the motion to dismiss is GRANTED, and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 7, 2022

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                         **BY:**

                                                           **Deputy Clerk**