**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WADE PARK LAND HOLDINGS, LLC et al.,

                Plaintiffs,

-against-                                                                                21 **CIVIL** 1657 (LJL)

                                                         **JUDGMENT**

JONATHAN KALIKOW et al.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 23, 2023, the Court has DENIED the motion to transfer and GRANTED the motion to dismiss the SAC with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         March 24, 2023

                                                               **RUBY J. KRAJICK**

                                                                 _____
                                                                 **Clerk of Court**

                             **BY:**    *K. Mango*

                                                                  _____
                                                                  **Deputy Clerk**