## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WADE PARK LAND HOLDINGS, LLC; WADE PARK LAND, LLC; and THE THOMAS FAMILY TRUST, by and through its Trustees, acting in their official capacities,<br><br>        Plaintiffs,<br><br>v.<br><br>JONATHAN KALIKOW; WP DEVELOPMENT PARTNERS LLC; GAMMA LENDING OMEGA LLC; GAMMA REAL ESTATE CAPITAL LLC; GRE WP LLC; and BLAKE GOODMAN,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-01657-LJL-RWL<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Wade Park Land Holdings, LLC; Wade Park Land, LLC; and The Thomas Family Trust, by and through its Trustees, acting in their official capacities, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on March 24, 2023 (Docket Entry No. 97), and from all interlocutory orders merged into that judgment, including the Opinion and Order, entered on March 23, 2023 (Docket Entry No. 96); the Opinion and Order, entered on July 6, 2022 (Docket Entry No. 74); the Opinion and Order, entered on March 4, 2022 (Docket Entry No. 58); and the Order, entered on February 24, 2021 in the original action in the United States District Court for the Northern District of Georgia identified as Civil Action No. 3:20-cv-176-TCB and from which this action was transferred (Docket Entry No. 30).

1

Dated: New York, New York
April 6, 2023

**CAPLAN COBB LLC**

By:

*/s/ James W. Cobb*
James W. Cobb *(admitted pro hac vice)*
Julia Blackburn Stone *(admitted pro hac vice)*
Jessica A. Caleb *(admitted pro hac vice)*
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
*Counsel for Plaintiffs*

**SLARSKEY LLC**
By:

*/s/ Renee Bea*
Renee Bea
Richard Weingarten
767 Third Avenue, 14th Floor
New York, New York 10017
*Counsel for Plaintiffs*

**STONE & BAXTER, LLP**
By:

*/s/ David L. Bury, Jr.*
Ward Stone, Jr. *(admitted pro hac vice)*
David L. Bury, Jr. *(admitted pro hac vice)*
577 Third Street
Macon, Georgia 31201
*Counsel for Plaintiffs Wade Park Land, LLC
and Wade Park Land Holdings, LLC*

To:   **Via ECF**

**KRAMER LEVIN**
**NAFTALIS & FRANKEL LLP**
Michael J. Dell
Adam C. Rogoff
Susan Jacquemot
1177 Avenue of the Americas
New York, New York 10036
*Counsel for Defendants Jonathan Kalikow,*
*WP Development Partners LLC,*
*Gamma Lending Omega LLC,*
*Gamma Real Estate Capital LLC and*
*GRE WP LLC*


**ROBBINS ROSS ALLOY BELINFANTE**
**LITTLEFIELD LLC**
Richard Lance Robbins
Craig G. Kunkes
500 14th Street, N.W.
Atlanta, GA 30318
*Counsel for Defendants Jonathan Kalikow,*
*WP Development Partners LLC,*
*Gamma Lending Omega LLC,*
*Gamma Real Estate Capital LLC and*
*GRE WP LLC*


**Via ECF, Email, and First Class Mail**

**FELLOWS LA BRIOLA, LLP**
Henry D. Fellows , Jr. (hfellows@fellab.com)
Michael Coleman Gretchen (mgretchen@fellab.com)
Ethan M. Knott (eknott@fellab.com)
225 Peachtree Street
N.E. South Tower, Suite 2300
Atlanta, GA 30303−1731
*Counsel for Defendant Blake Goodman*